UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80100-Cannon/McCabe

18 U.S.C. § 1546(a)
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

vs.

**KEMUL EXELY MILLS,**

Defendant.

_____/

FILED BY SP D.C.

AUG 15 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about September 17, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**KEMUL EXELY MILLS,**

did knowingly present and cause to be presented to United States Citizen and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, that is, a Form I-485 Application to Register Permanent Residence or Adjust Status, which contained a false statement, made under oath, with respect to a material fact, that is, the name and date of birth of "A.L.B.," in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2

On or about September 17, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**KEMUL EXELY MILLS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1546(a), that is, knowingly presenting and causing to be presented to United States Citizen and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, which contained a false statement, made under oath, with respect to a material fact, that is, a Form I-485, Application to Register Permanent Residence or Adjust Status, as alleged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name and date of birth of "A.L.B.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KEMUL EXELY MILLS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1546, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of

such offense; and

c.  any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
DANIEL. E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-cr-80100-Cannon/McCabe

v.

CERTIFICATE OF TRIAL ATTORNEY

KEMUL EXELY MILLS,
_____/
            Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☒ 0 to 5 days
   II   ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Daniel G Funk* (signature)
DANIEL E. FUNK
Assistant United States Attorney
FL Bar No.    0592501

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** KEMUL EXELY MILLS

**Case No:** 24-cr-80100-Cannon/McCabe

**Count 1:**

False Statement in Immigration Application

Title 18, United States Code, Section 1546(a)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Mandatory Special Assessment:** $100

**Count 2:**

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Mandatory Term of Imprisonment:** 2 years consecutive to any other sentence
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Mandatory Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.