UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80100-Cannon/McCabe

UNITED STATES OF AMERICA

v.

KEMUL EXELY MILLS,

        Defendant.
_____/

### ACKNOWLEDGMENT OF OFFENSE ELEMENTS AND STIPULATION AS TO FACTUAL BASIS FOR GUILTY PLEA

I, KEMUL EXELY MILLS, agree that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to Count 2 of the Indictment charging me with aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

I am pleading guilty because I did knowingly present and cause to be presented to United States Citizen and Immigration Services an application required by the immigration laws and regulations, a Form I-845 Application to Register Permanent Residence or Adjust Status, which contained a false statement, made under oath, with respect to a material fact, that is, the name and date of birth of "A.L.B." which I represented to be my true name.

### NATURE OF CHARGE TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed the charge with my attorney and what the prosecutor must prove to convict me.

I understand that the United States must prove the following facts and elements for the offense beyond a reasonable doubt:

1

**Count 2: Aggravated Identity Theft**

Count 2 charges KEMUL EXELY MILLS with aggravated identity theft, in violation of Title 18, United States Code, Section 1028(A)(a)(1). To prove this charge, the government must prove the following elements beyond a reasonable doubt:

First:   That the defendant knowingly transferred, possessed, and used another person's means of identification or identification documents;

Second:   Without lawful authority; and

Third:   During and in relation to the violation described in Count 1.

A "means of identification" can be a name, social security number, date of birth, or driver's license number, among other things.

**Count 1: False Statement in Immigration Application**

Count 1 charges KEMUL EXELY MILLS with knowingly making a false statement in an Immigration Application, in violation of Title 18, United States Code, Section 1546(a). The elements of this offense are the following:

First:   The defendant knowingly presented and caused to be presented to United States and Citizen and Immigration Services an application required by immigration laws and regulations; and

Second:   The application contained a false statement, made under oath, with respect to a material fact.

**STIPULATED FACTS**

KEMUL EXELY MILLS is a citizen of Jamaica. He knowingly used the identity of a real person A.L.B. to obtain travel documents to enter the United States in 2015. After coming to the United States, MILLS applied to stay in the United States using A.L.B.'s identity.

On February 9, 2018, MILLS (using A.L.B.'s identity) submitted a Form I-485, "Application to Register Permanent Residence or Adjust Status." In the application, MILLS claimed the name and date of birth of A.L.B. In Part 4, sections 9 a, and b of the application, MILLS listed A.L.B.'s parent as Parent 2's Legal Name.

On September 17, 2021, MILLS was interviewed in-person by an agent with USCIS in West Palm Beach, Florida. The agent reviewed the Form I-485 with MILLS and confirmed the accuracy of his entries. MILLS provided the name of A.L.B. as his full and complete name and provided A.L.B.'s date of birth as his date of birth. During the interview, MILLS presented the Jamaican passport in the

name of A.L.B. as his form of identification.

During the interview, after reviewing the Form I-485 with the interviewing agent, MILLS signed the form under the following language, "I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form I-485, Application to Register Permanent Residence or Adjust Status, subscribed by me, including the corrections made to this application numbered 4 through 4, are complete, true, and correct. All additional pages submitted by me with this Form I-485, on numbered pages 0 through 0 are complete, true, and correct. All documents submitted at this interview were provided by me and are complete, true, and correct."

On July 1, 2025, MILLS was arrested in Louisiana. At that time, MILLS was in possession of multiple forms of identification and credit cards in both the name of A.L.B. and his true name. For example, MILLS was in possession of a Connecticut driver's license, baring MILLS' photograph, in the name of A.L.B. Also in MILLS' possession was a New York driver's license, baring MILLS' photograph, and in his true name.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 10/16/25

DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

Date: 10/16/25

KRISTY R. MILITELLO
ATTORNEY FOR DEFENDANT

Date: 10/16/25

KEMUL EXELY MILLS
DEFENDANT

3