UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80100-CR-CANNON

**UNITED STATES OF AMERICA**,

 Plaintiff,
v.

**KEMUL EXELY MILLS,**

 Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 30].  On October 16, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 27] during which Defendant pled guilty to Count 2 of the Indictment [ECF No. 3] pursuant to a plea agreement and a stipulated factual basis [ECF Nos. 28–29].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 2, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 3].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 30] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Kemul Exely Mills** as to Count 2 of the Indictment is **ACCEPTED**.

CASE NO. 24-80100-CR-CANNON

3. Defendant **Kemul Exely Mills** is adjudicated guilty of Count 2 of the Indictment, which charges Defendant with aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1).

**ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of November 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record